IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–03084–WJM–KMT

TIFFANY ABEYTA, an individual,

    Plaintiff,

v.

COLORADO TECHNICAL UNIVERSITY, INC., a Colorado corporation,

    Defendant.

## MINUTE ORDER
**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Plaintiff's Motion for Leave to Amend Complaint" (Doc. No. 25) is GRANTED pursuant to Fed. R. Civ. P. 15(a)(2). The Clerk of Court is directed to file Plaintiff's Second Amended Complaint and Jury Demand (Doc. No. 25-1).

Dated: August 27, 2014.