# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-3084 WJM-KMT

TIFFANY ABEYTA,

    Plaintiff,

v.

COLORADO TECHNICAL UNIVERSITY, INC.,

    Defendant.

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 68

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 68, the following Judgment is hereby entered.

Pursuant to the offer of judgment served on March 9, 2015 and the acceptance thereof filed May 29, 2015, with proof of service, it is

ORDERED that judgment is hereby entered for TIFFANY ABEYTA and against COLORADO TECHNICAL UNIVERSITY, INC. In the amount of $30,000, which sum shall include reasonable attorney's fees and recoverable costs as agreed to by counsel or as determined by the court. It is

FURTHER ORDERED that post-judgment interest shall accrue at the rate of <u>0.26%</u> from the date of entry of judgment.

    Dated at Denver, Colorado this 3rd day of June, 2015.

                                        FOR THE COURT:
                                        JEFFREY P. COLWELL, CLERK

By:  s/   E. Van Alphen

Deputy Clerk